LOOMAN REALTY CORPORATION, *ET AL.*, PLAINTIFFS-PETITIONERS, v. THE BROAD STREET NATIONAL BANK, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 74 *N. J. Super.* 71.

*Messrs. Kahn, Schildkraut & Levy* for the petitioners.

*Messrs. Wicoff & Voorhees, Mr. John J. Connell, Messrs. Milton, Keane & De Bona,* and *Mr. Allan H. Klinger* for the respondents.

June 11, 1962.

ELSIE RINGGOLD, PETITIONER-RESPONDENT, v. WEST BERGEN IRON FOUNDRY, RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Jacob R. Friedman* for the respondent.

June 11, 1962.